# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CAUSE NO. 1:17-CV-00690-LY |
| | § | |
| KEN PAXTON, et al., | § | |
| | § | |
| Defendants. | § | |

---

## ORDER GRANTING DEFENDANT ATTORNEY GENERAL KEN PAXTON'S MOTION TO COMPEL

---

Before the Court for consideration is Defendant Attorney General Ken Paxton's Motion to Compel. Having considered the Motion, the Court finds it to be meritorious.

Accordingly, it is ORDERED that Plaintiffs are to provide full and complete responses to Defendant's First Set of Interrogatories and to produce all documents requested by Defendant's First Requests for Production within 7 days of the date of this order.

It is SO ORDERED this_____day of_____, 2017.

_____
Lee Yeakel
U.S. District Judge