# TEXAS DEPARTMENT OF STATE HEALTH SERVICES
## Abortion Complications Reporting

**Where and when the abortion was performed:**

Facility Name_____Date:_____

Facility Type: _____ License #: _____ Telephone:_____

Address: _____Contact person(s):_____

Type of abortion that caused or may have caused the complication(s):_____

The number of weeks of gestation at which the abortion was performed:_____

Number of patient's previous induced abortions:_____ Number of patient's previous live births: _____

Type of anesthesia used during the procedure:  ☐ intravenous sedation    ☐ general anesthesia

**Where and when the complication was diagnosed and treated <u>if different</u> than the above information:**

Facility Name and Type: _____Date:_____

**Complications Information** (check all that apply):
- ☐ Incomplete Abortion
- ☐ Post-procedure infection
- ☐ Hemorrhage
- ☐ Damage to the uterus
- ☐ Death
- ☐ Other

Summary of abortion complication(s) :
_____
_____
_____
_____
_____

Within **30 calendar days of the discovery of the complication:**
Return this form **via certified mail** and **marked confidential** to:

Texas Department of State Health Services
Vital Statistics Unit
Post Office Box 4124
Austin, Texas 78765-4124