UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

17 SEP 19 PM 3:16

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | CAUSE NO. 1:17-CV-00690-LY |
| KEN PAXTON, et al., | § § § | |
| Defendants. | § | |

## ▮▮▮▮▮▮▮ AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1. Each party shall serve on all other parties, but not file, their designation of testifying experts and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>September 20, 2017</u> at 5:00 pm CDT.

2. Each party shall serve on all other parties, but not file, their designation of rebuttal experts and materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts on or before <u>October 4, 2017</u> at 5:00 pm CDT.

3. Each party shall serve on all other parties, but not file, all proposed designations of deposition testimony by page and line of the transcript, with corresponding clips of any video segments the designating party may seek to use at trial on or before <u>October 16, 2017</u> at 5:00 pm CDT.

4. Each party shall serve on all other parties, but not file, a list of all witnesses the

party intends to call to testify at trial (except those to be used for impeachment only) on or before October 16, 2017 at 5:00 pm CDT. If any party seeks to call a witness to testify (except those to be used for impeachment only) who is not on the list, the party must file a motion for leave of Court for the witness to testify.

5. Each party shall file and serve on all other parties any objections to the use of any party's proposed designations of deposition testimony at trial under Rule 32 of the Federal Rules of Civil Procedure on or before October 19, 2017 at 5:00 pm CDT.

6. Each party shall serve on all other parties, but not file, all proposed counter-designations of deposition testimony by page and line of the transcript, with corresponding clips of any video segments the designating party may seek to use at trial on or before October 23, 2017 at 5:00 pm CDT.

7. In advance of trial, the parties shall coordinate so that for each witness whose testimony is to be submitted by video of the witness's deposition, the testimony will be introduced in chronological order without duplication of each witness's testimony. All objections to admission of the testimony at trial shall be reserved for trial, except as may be otherwise required under Rule 32 of the Federal Rules of Civil Procedure.

8. Each party shall file and serve on all other parties on or before October 30, 2017 at 5:00 pm CDT, the following: (1) proposed findings of fact and conclusions of law; (2) any proposed stipulated facts; (3) an appropriate identification of each exhibit (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises; and (4) the name and, if not previously provided, the address and telephone number of each witness (except those to be used for

impeachment only), separately identifying those whom the party expects to call and those whom the party may call if the need arises.

9. Each party may, but is not required to, file and serve on all other parties any supplemental or amended proposed findings of fact and conclusions of law on or before November 15, 2017 at 5:00 pm CDT.

10. Neither pretrial dispositive motions nor motions in limine shall be filed. They will not be considered.

**The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

11. This case is set for final pretrial conference, in ~~[redacted]~~ *the courtroom*, on the *1st* day of *November*, 2017, at *1:30 p.m.* and *bench* trial commencing on November 2, 2017 at 9:00 a.m. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

SIGNED this *19th* day of *September*, 20*17*.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

6