IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 29 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, ALAMO CITY SURGERY CENTER PLLC, D/B/A ALAMO WOMEN'S REPRODUCTIVE SERVICES, SOUTHWESTERN WOMEN'S SURGERY CENTER, NOVA HEALTH SYSTEMS, INC. D/B/A REPRODUCTIVE SERVICES, EACH ON BEHALF OF ITSELF, ITS STAFF, PHYSICIANS, AND PATIENTS, ROBIN WALLACE, M.D., BHAVIK KUMAR, M.D., M.P.H., ALAN BRAID, M.D., EACH ON THEIR OWN BEHALF AND ON THEIR PATIENTS' BEHALF,<br>　　　　　　　　　　PLAINTIFFS, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| V. | § CAUSE NO. A-17-CV-690-LY |
| KEN PAXTON, ATTORNEY GENERAL OF TEXAS, IN HIS OFFICIAL CAPACITY, AND MARGARET MOORE, DISTRICT ATTORNEY FOR TRAVIS COUNTY, NICHOLAS LAHOOD, CRIMINAL DISTRICT ATTORNEY FOR BEXAR COUNTY, JAIME ESPARZA, DISTRICT ATTORNEY FOR EL PASO COUNTY, FAITH JOHNSON, DISTRICT ATTORNEY FOR DALLAS COUNTY, SHAREN WILSON, CRIMINAL DISTRICT ATTORNEY TARRANT COUNTY, RICARDO RODRIGUEZ, JR., CRIMINAL DISTRICT ATTORNEY FOR HIDALGO COUNTY, ABELINO REYNA, CRIMINAL DISTRICT ATTORNEY FOR MCLENNAN | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

| | |
|---|---|
| COUNTY, AND KIM OGG, CRIMINAL DISTRICT ATTORNEY FOR HARRIS COUNTY, EACH IN THEIR OFFICIAL CAPACITY,<br><br>                    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Before the court in the above styled and numbered cause is Plaintiff Curtis Boyd, M.D.'s Unopposed Motion to Dismiss Plaintiff Curtis Boyd, M.D. filed September 28, 2017 (Clerk's Document No. 103). By the motion, Boyd moves the court to voluntarily dismiss his claims from this action without prejudice. *See* Fed. R. Civ P. 42(a)(2). Having considered the unopposed motion and the case file,

**IT IS ORDERED** that Boyd's Unopposed Motion to Dismiss Plaintiff Curtis Boyd, M.D. filed September 28, 2017 (Clerk's Document No. 103) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Curtis Boyd, M.D.'s claims alleged against all Defendants in this action are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the style in the cause remaining before the court is modified as noted in the style used in this Order. The clerk of court and the parties shall use the above referenced style for all future pleadings in this action.

SIGNED this 29th day of September, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE