IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| WHOLE WOMAN'S HEALTH, et al., | § | |
|---|---|---|
| | § | |
| Plaintiffs, | § | |
| v. | § | CAUSE NO. 1:17-CV-00690-LY |
| | § | |
| KEN PAXTON, et al., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' TRIAL EXHIBIT LIST

Defendants hereby submit the following list of exhibits which Defendants expect to offer at the trial to be held on November 2-8, 2017 (except those to be used for impeachment only). Copies of the exhibits listed below are being provided to Plaintiffs' counsel.

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 1 | | | Texas Senate Bill 8 | N/A |
| 2 | | | Dismembered Fetal Remains Post-D&E (photograph) | Response to Motion for TRO, Ex. A (Doc. #41-1 at 2) |
| 3 | | | Dismembered Fetal Arm Post-D&E (photograph) | Response to Motion for TRO, Ex. A (Doc. #41-1 at 3) |
| 4 | | | Dismembered Fetal Leg Post-D&E (photograph) | Response to Motion for TRO, Ex. A (Doc. #41-1 at 4) |
| 5 | | | Planned Parenthood Post-D&E Fetal Remains (video) | Nguyen Depo. Ex. 2 |
| 6 | | | Planned Parenthood DeShawn Taylor Abortion Conference D&E Description (video) | Taylor Depo. Ex. 3 |

Page 1

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 7 | | | Planned Parenthood Deborah Nucatola Digoxin Use (video) | D004978 |
| 8 | | | Texas Department of State Health Services Abortion Data | D001820-D002133 |
| 9 | | | Texas Department of State Health Services List of Abortion Providers | D005185-D005186, D005189 |
| 10 | | | Texas Department of State Health Services ITOP Form | D001657 |
| 11 | | | Texas Department of State Health Services Complications Report Form | D001658 |
| 12 | | | Texas Department of State Health Services Summary of Surgical Abortion Complications | D001773-D001777 |
| 13 | | | Texas Department of State Health Services Complications Reports 2012-2017 | D001660-D001772 D001778-D001819 D002134-D002374 |
| 14A | | | 14 LMP Fetus in Utero Illustration | D004964 |
| 14B | | | 14 LMP Uterus Illustration | D004955 |
| 14C | | | 14 LMP Fetus in Utero Model | D004977 |
| 15A | | | 15 LMP Fetus in Utero Illustration | D004965 |
| 15B | | | 15 LMP Uterus Illustration | D004956 |
| 16A | | | 16 LMP Fetus in Utero Illustration | D004966 |
| 16B | | | 16 LMP Uterus Illustration | D004957 |
| 16C | | | 16 LMP Fetus in Utero Model | D004976 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 17A |  |  | 17 LMP Fetus in Utero Illustration | D004967 |
| 17B |  |  | 17 LMP Uterus Illustration | D004958 |
| 18A |  |  | 18 LMP Fetus in Utero Illustration | D004968 |
| 18B |  |  | 18 LMP Uterus Illustration | D004959 |
| 18C |  |  | 18 LMP Fetus in Utero Model | D004975 |
| 19A |  |  | 19 LMP Fetus in Utero Illustration | D004969 |
| 19B |  |  | 19 LMP Uterus Illustration | D004960 |
| 20A |  |  | 20 LMP Fetus in Utero Illustration | D004970 |
| 20B |  |  | 20 LMP Uterus Illustration | D004961 |
| 20C |  |  | 20 LMP Fetus in Utero Model | D004974 |
| 21A |  |  | 21 LMP Fetus in Utero Illustration | D004971 |
| 21B |  |  | 21 LMP Uterus Illustration | D004962 |
| 22A |  |  | 22 LMP Fetus in Utero Illustration | D004972 |
| 22B |  |  | 22 LMP Uterus Illustration | D004963 |
| 23 |  |  | Sopher Clamps | D004973 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 24 | | | Bierer Clamps | D004973 |
| 25 | | | Southwestern Complications Reports 2012-2017 | D002229-D002284 |
| 26 | | | Southwestern Digoxin Log 2015-2017 | P00001606-P00001616 |
| 27 | | | Southwestern D&E Consent Form | P00000610-P00000612 |
| 28 | | | Southwestern Sedation Consent Form | P00000618 |
| 29 | | | Southwestern Cervical Dilation Consent Form | P00000620-P00000622 |
| 30 | | | Southwestern Digoxin Consent Form | P00000630 |
| 31 | | | Southwestern Digoxin Consent Form | P00000631 |
| 32 | | | Southwestern Digoxin Invoices | P00000651-P0000653 |
| 33 | | | Southwestern D&E Protocol | P00000561-P00000565 |
| 34 | | | Alamo Complications Reports 2012-2017 | D001746-D001751, P00062172 |
| 35 | | | Alamo Complications Log 2015-2017 | P00026650 |
| 36 | | | Alamo D&E Information Form | P00000464-P00000466 |
| 37 | | | Alamo D&E Consent Form | P00000477-P00000479 |
| 38 | | | Alamo Standing Order 2-Day D&E | P00053748-P00053751 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 39 | | | Alamo Laminaria Consent Form | P00054843-P00054844 |
| 40 | | | Alamo Cervical Prep Consent Form | P00000476 |
| 41 | | | Alamo Digoxin Consent Form | P00054842 |
| 42 | | | Alamo Executed Consent Forms | P00005101-P00005103 |
| 43 | | | Alamo Digoxin Invoices | P00000498-P00000513 |
| 44 | | | NAF Sample Protocol re: Fetal Demise | P00026651-P00026653 |
| 45 | | | Whole Woman's Health Complications Reports 2012-2017 | D002290-D002374 |
| 46 | | | Whole Woman's Health Second Trimester Abortion Information | P00000688-P00000692 |
| 47 | | | Whole Woman's Health Surgical Abortion Consent Form | P00000695-P00000697 |
| 48 | | | Whole Woman's Health Consent for Conscious IV Sedation | P00000681 |
| 49 | | | Whole Woman's Health Consent for One-Day D&E Procedures | P00000682-P00000683 |
| 50 | | | Whole Woman's Health Medical Charts | P00012156-P00012185 |
| 51 | | | Whole Woman's Health Consent for Two-Day D&E Procedures | P00001617-P00001619 |
| 52 | | | NAF 2015 Clinical Policy Guidelines | D005116-D005171 |
| 53 | | | NAF 2016 Clinical Policy Guidelines | D005052-D005115 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 54 | | | NAF 2017 Clinical Policy Guidelines | D004984-D005051 |
| 55 | | | Planned Parenthood Greater Texas Complications Reports 2012-2017 | D002151-D002169 |
| 56 | | | Planned Parenthood Texas Capital Region Manual of Medical Standards & Guidelines January 2011 | P00002730-P00002757 |
| 57 | | | Planned Parenthood Greater Texas Digoxin Protocol 2007 | P00061195-P00061199 |
| 58 | | | Planned Parenthood Greater Texas Digoxin Protocols 2010-2011 | P00002753-P00002757 |
| 59 | | | Planned Parenthood Greater Texas Digoxin Waiver Letter 2010 | P00001632 |
| 60 | | | Planned Parenthood Greater Texas Digoxin Waiver Report 2010-2011 | P00016523 |
| 61 | | | Planned Parenthood Greater Texas Digoxin Consent Forms | P00001626-P00001631 |
| 62 | | | Planned Parenthood Greater Texas Digoxin Log 2015 | P00001620-P00001621 |
| 63 | | | Planned Parenthood Greater Texas Digoxin Waiver Report 2015 | P00033593 |
| 64 | | | Planned Parenthood Greater Texas Medical Standards and Guidelines 2014 | P00002294-P00002315 |
| 65 | | | Planned Parenthood Greater Texas One-Day vs Two-Day | P00002843 |
| 66 | | | Planned Parenthood Greater Texas Physician List | P00004800 |
| 67 | | | Appendix II to Carter Snead Expert Report | Snead Depo. Ex. 2 at 30-35, Snead Depo. Ex. 3 at 5-10 |
| 68 | | | Planned Parenthood Federation of America Medical Standards and Guidelines 2007–2017 | PPFA0001-PPFA0189 PPFA0192-PPFA0288 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 69 | | | Planned Parenthood Federation of America Model Digoxin Consent Form | PPFA0190-PPFA0191 |
| 70 | | | Business Records Declaration of Gillian Dean, dated October 24, 2017 | Business Records Declaration of Gillian Dean, on behalf of Planned Parenthood Federation of America |
| 71 | | | Email thread dated August 16, 2013 | P00054167-P00054168 |
| 72 | | | Email thread dated March 21, 2015 | P00054227-P00054228 |
| 73 | | | Email thread dated August 12, 2015 | P00054255-P00054256 |
| 74 | | | Email thread dated July 13, 2017 | P00054384 |
| 75 | | | Email thread dated July 13, 2017 | P00054385-P00054386 |
| 76 | | | Email thread dated December 18, 2013 | P00033627-P00033628 |
| 77 | | | Email thread dated January 14, 2014 | P00059886-P00059889 |
| 78 | | | Email thread dated February 19, 2015, with attachment | P00061185-P00061188, P00061191 |
| 79 | | | Email thread dated September 26, 2015 | P00054261-P00054262 |
| 80 | | | Email thread dated September 26, 2015 | P00054263-P00054266 |
| 81 | | | Email thread dated February 18, 2017 | P00054338-P00054340 |
| 82 | | | Email thread dated March 22, 2017 | P00058573-P00058574 |
| 83 | | | Email thread dated August 25, 2017 | P00059820-P00059821 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 84 | | | Email thread dated January 10, 2013 | P00060658 |
| 85 | | | Email thread dated May 30, 2014 | P00060581 |
| 86 | | | Email thread dated August 24, 2016 | P00060785 |
| 87 | | | Email thread dated April 20, 2017 | P00054800-P00054801 |
| 88 | | | Email thread dated March 9, 2010, with attachments | P00061192-P00061200 P00061203-P00061207 |
| 89 | | | Email thread dated March 25, 2010, with attachments | P00061208-P00061211 |
| 90 | | | Email thread dated May 29, 2012 | P00060583-P00060584 |
| 91 | | | Email thread dated June 6, 2013, with attachment | P00054831-P00054833 |
| 92 | | | Email thread dated April 6, 2015 | P00054811-P00054813 |
| 93 | | | Email thread dated April 6, 2015 | P00054814-P00054817 |
| 94 | | | Email thread dated June 27, 2017 | P00058327-P00058332 |
| 95 | | | Email thread dated August 29, 2017 | P00053875-P00053880 |
| 96 | | | Email thread dated June 27, 2017 | P00058286-P00058290 |
| 97 | | | Email thread dated July 24, 2012 | P00061851-P00061864 |
| 98 | | | Ex. A to Whole Woman's Health's 1st Supp. Responses to Interrogatories | Ex. A to Whole Woman's Health's 1st Supp. Responses to Interrogatories |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| 99 | | | Ex. A to Alamo City Surgery Center's 1st Supp. Responses to Interrogatories | Ex. A to Alamo City Surgery Center's 1st Supp. Responses to Interrogatories |
| 100 | | | Ex. A to Southwestern Women's Surgery Center's 1st Supp. Responses to Interrogatories | Ex. A to Southwestern Women's Surgery Center's 1st Supp. Responses to Interrogatories |
| 101 | | | Ex. A to Nova Health Systems, Inc.'s 1st Supp. Responses to Interrogatories | Ex. A to Nova Health Systems, Inc.'s 1st Supp. Responses to Interrogatories |
| 102 | | | Ex. A to Planned Parenthood of Greater Texas Surgical Health Services' 1st Supp. Responses to Interrogatories | Ex. A to Planned Parenthood of Greater Texas Surgical Health Services' 1st Supp. Responses to Interrogatories |
| 103 | | | Ex. A to Planned Parenthood Center for Choice's 1st Supp. Responses to Interrogatories | Ex. A to Planned Parenthood Center for Choice's 1st Supp. Responses to Interrogatories |
| 104 | | | Ex. A to Planned Parenthood South Texas Surgical Center's 1st Supp. Responses to Interrogatories | Ex. A to Planned Parenthood South Texas Surgical Center's 1st Supp. Responses to Interrogatories |
| 105 | | | Curtis Boyd's 1st Supp. Responses to Interrogatories | Curtis Boyd's 1st Supp. Responses to Interrogatories |
| 106 | | | Robin Wallace's 1st Supp. Responses to Interrogatories | Robin Wallace's 1st Supp. Responses to Interrogatories |
| 107 | | | Whole Woman's Health Consent and Information Forms | P00000660-P00000670 |
| 108 | | | Whole Woman's Health Executed Consent and Information Forms | P00014612-P00014618 |
| 109 | | | Southwestern Executed Consent Forms | P00007794-P00007800 |
| 110 | | | Southwestern Executed Consent Forms | P00007756-P00007762 |
| 111 | | | Planned Parenthood Greater Texas Executed Consent Forms | P00007990-P00007996 |
| 112 | | | Illustrations at 16, 19, and 22 weeks LMP | Photographs attached to Colleen Malloy's Expert Report |
| 113 | | | Email thread dated October 30, 2017, with attachments | D005190-D005191, P00062172 |

| Def. Exh. No. | Offered | Admitted | Description of Exhibit | Bates Number / Identifier |
|---|---|---|---|---|
| | | | *All exhibits identified on Plaintiffs' Trial Exhibit List* | |
| | | | *All materials referenced or relied upon by Plaintiffs' witnesses* | |
| | | | *All articles referenced or relied upon by Defendants' witnesses may be used at trial for any purpose permitted by the Federal Rules of Evidence.* | |

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No.  24007631

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
ADAM A. BIGGS
Texas Bar No. 24077727
SUMMER R. LEE
Texas Bar No. 24046283
EMILY ARDOLINO
Texas Bar No. 24087112

BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
General Litigation Division

HEATHER GEBELIN HACKER
Assistant Solicitor General
Texas Bar No. 24103325

JOHN S. LANGLEY
Assistant Attorney General
Administrative Law
Texas Bar No. 11919250

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorneys for Defendant Ken Paxton

/s/ Christopher D. Hilton
CHRISTOPHER D. HILTON
Texas Bar No. 24087727

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorney for Defendants Faith Johnson, Sharen Wilson, and Abelino Reyna

## **CERTIFICATE OF SERVICE**

I certify that on October 30, 2017, this document was served through the Court's CM/ECF Document Filing System or through electronic mail, upon the following counsel of record:

Patrick J. O'Connell
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
(512) 222-0444
pat@pjofca.com

Janet Crepps
Molly Duane
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
(864) 962-8519
(917) 637-3631
jcrepps@reprorights.org
mduane@reprorights.org

J. Alexander Lawrence
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
alawrence@mofo.com

Melissa Cohen
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
(212) 261-4649
melissa.cohen@ppfa.org

                                            /s/ Andrew B. Stephens
                                            ANDREW B. STEPHENS
                                            Assistant Attorney General