**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CAUSE NO. 1:17-CV-00690-LY |
| | § | |
| KEN PAXTON, et al., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' SECOND AMENDED TRIAL WITNESS LIST

Pursuant to the Agreed Scheduling Order, Defendants submit the following names of witnesses Defendants expect to call to testify at trial (except those to be used for impeachment only):

1. Robin Wallace, M.D.

2. Alan Braid, M.D.

3. Bhavik Kumar, M.D.

4. Amna Dermish, M.D.

5. Tram Nguyen

6. Jeff Swanson

7. Anthony Levatino, M.D.

8. Monique Chireau, M.D.

9. Colleen Malloy, M.D.

10. Farr Curlin, M.D.

11. David Berry, M.D.

12. Mikeal Love, M.D.

13. Carter Snead

14. Michael J. New, Ph.D.

15. Don R. Warren, Ph.D.

16. Sherwood Lynn, M.D.

17. Curtis Boyd, M.D. (by deposition)

18. Eduardo Aquino, M.D. (by deposition)

19. Deshaun Taylor (by deposition)

Pursuant to the Agreed Scheduling Order, Defendants submit the following names of witnesses Defendants may call to testify at trial (except those to be used for impeachment only):

1. Pamela Richter, M.D. (by deposition)

2. Timothy Spurrell, M.D. (by deposition)

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No.  24007631

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
ADAM A. BIGGS
Texas Bar No. 24077727
SUMMER R. LEE
Texas Bar No. 24046283
EMILY ARDOLINO
Texas Bar No. 24087112
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
General Litigation Division

HEATHER GEBELIN HACKER
Assistant Solicitor General
Texas Bar No. 24103325

JOHN S. LANGLEY
Assistant Attorney General
Administrative Law
Texas Bar No. 11919250

3

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorneys for Defendant Ken Paxton

/s/ Christopher D. Hilton
CHRISTOPHER D. HILTON
Texas Bar No. 24087727

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorney for Defendants Faith Johnson, Sharen
Wilson, and Abelino Reyna

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 30, 2017, this document was served through the Court's CM/ECF Document Filing System or through electronic mail, upon the following counsel of record:

Patrick J. O'Connell
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
(512) 222-0444
pat@pjofca.com

Janet Crepps
Molly Duane
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
(864) 962-8519
(917) 637-3631
jcrepps@reprorights.org
mduane@reprorights.org

J. Alexander Lawrence
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
alawrence@mofo.com

Melissa Cohen
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
(212) 261-4649
melissa.cohen@ppfa.org


/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Assistant Attorney General