IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED

2017 NOV -1  PM 4:30

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, ALAMO CITY SURGERY CENTER PLLC, D/B/A ALAMO WOMEN'S REPRODUCTIVE SERVICES, SOUTHWESTERN WOMEN'S SURGERY CENTER, NOVA HEALTH SYSTEMS, INC. D/B/A REPRODUCTIVE SERVICES, EACH ON BEHALF OF ITSELF, ITS STAFF, PHYSICIANS, AND PATIENTS, ROBIN WALLACE, M.D., BHAVIK KUMAR, M.D., M.P.H., ALAN BRAID, M.D., EACH ON THEIR OWN BEHALF AND ON THEIR PATIENTS' BEHALF, <br>　　　　　　　　PLAINTIFFS, <br><br>V. <br><br>KEN PAXTON, ATTORNEY GENERAL OF TEXAS, IN HIS OFFICIAL CAPACITY, AND MARGARET MOORE, DISTRICT ATTORNEY FOR TRAVIS COUNTY, NICHOLAS LAHOOD, CRIMINAL DISTRICT ATTORNEY FOR BEXAR COUNTY, JAIME ESPARZA, DISTRICT ATTORNEY FOR EL PASO COUNTY, FAITH JOHNSON, DISTRICT ATTORNEY FOR DALLAS COUNTY, SHAREN WILSON, CRIMINAL DISTRICT ATTORNEY TARRANT COUNTY, RICARDO RODRIGUEZ, JR., CRIMINAL DISTRICT ATTORNEY FOR HIDALGO COUNTY, ABELINO REYNA, CRIMINAL DISTRICT ATTORNEY FOR MCLENNAN | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CAUSE NO. A-17-CV-690-LY |

| | |
|---|---|
| COUNTY, AND KIM OGG, CRIMINAL DISTRICT ATTORNEY FOR HARRIS COUNTY, EACH IN THEIR OFFICIAL CAPACITY, | § § § § |
| DEFENDANTS. | § § |

## ORDER

Before the court is the above-styled and numbered action. On this day the court held a Final Pretrial Conference at which all parties were represented by counsel. Pending in the action are the following discovery motions: (1) Defendant Attorney General Ken Paxton's Motion to Compel Discovery Responses filed August 28, 2017 (Clerk's Document No. 57); (2) Plaintiffs' Motion for Order Preserving Confidential Status filed September 19, 2017 (Clerk's Document No. 84); (3) Plaintiffs' Motion for Order Preserving Confidential Status filed October 2, 2017 (Clerk's Document No. 119); and (4) Plaintiffs' Motion to Filed Sealed Documents filed October 2, 2017 (Clerk's Document No. 120). Having reviewed the motions, responses and replies, and having considered the case file, the arguments of counsel at the Final Pretrial Conference, and the applicable law the court renders the following:

**IT IS ORDERED** that as the parties represented to the court at the Final Pretrial Conference that no disputes remain regarding Defendant Attorney General Ken Paxton's Motion to Compel Discovery Responses filed August 28, 2017 (Clerk's Document No. 57), it is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Order Preserving Confidential Status filed September 19, 2017 (Clerk's Document No. 84) is **GRANTED IN PART** as to the extent that physicians who are neither parties to the action nor appear on either side's witness list. In all other respects, the motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Order Preserving Confidential Status filed October 2, 2017 (Clerk's Document No. 119) is **GRANTED IN PART** as to Defendants' Proposed Exhibit 36 only. In all other respects, the motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Filed Sealed Documents filed October 2, 2017 (Clerk's Document No. 120) is **GRANTED**.

SIGNED this __1st__ day of November, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE