UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICE, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, ALAMO CITY SURGERY CENTER PLLC, SOUTHWESTERN WOMEN'S SURGERY CENTER, NOVA HEALTH SYSTEMS, INC., CURTIS BOYD M.D., JANE DOE, M.D., M.A.S., BHAVIK KUMAR, M.D., M.P.H., ALAN BRAID, M.D., ROBIN WALLACE, M.D., M.A.S. | § § § § § § § § § § § § § | |
| vs. | § § | CIVIL NO: AU:17-CV-00690-LY |
| KEN PAXTON, MARGARET MOORE, NICHOLAS LAHOOD, JAIME ESPARZA, FAITH JOHNSON, SHAREN WILSON, RICARDO RODRIGUEZ JR., ABELINO REYNA, KIM OGG | § § § § § § | |

**LIST OF WITNESSES**

| **FOR** | **PLAINTIFF** | **FOR** | **DEFENDANT** |
|---|---|---|---|
| 1. | Mark David Nichols | 1. | Anthony Levatino |
| 2. | Bhavik Kumar | 2. | David Berry |
| 3. | Robin Wallace | 3. | Farr Curlin |
| 4. | Amna Dermish | 4. | Carter Snead |
| 5. | Sheila Marie Katz | 5. | Jeffrey Swanson |
| 6. | Steven J Ralston | 6. | Mikeal Love |
| 7. | Aaron Caughey | 7. | Monique Chireau |
| 8. | | 8. | Don R. Warren |
| 9. | | 9. | Sherwood Lynn |
| 10. | | 10. | Curtis Boyd (by Video Deposition) |
| 11. | | 11. | Colleen Malloy |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |