### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-CV-00690-LY |
| | § | |
| KEN PAXTON, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Ken Paxton, in his official capacity as Attorney General of Texas; Faith Johnson, in her official capacity as District Attorney for Dallas County; Sharen Wilson, in her official capacity as Criminal District Attorney for Tarrant County; and Abelino Reyna, in his official capacity as Criminal District Attorney for McLennan County, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion Incorporating Findings of Fact and Conclusions of Law, November 22, 2017, ECF No. 172 and Permanent Injunction and Final Judgment, November 22, 2017, ECF No. 173.

Dated November 22, 2017.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR

Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DARREN MCCARTY
Special Counsel for Civil Litigation
Texas Bar No.  24007631

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
ADAM A. BIGGS
Texas Bar No. 24077727
SUMMER R. LEE
Texas Bar No. 24046283
EMILY ARDOLINO
Texas Bar No. 24087112
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
General Litigation Division

HEATHER GEBELIN HACKER
Assistant Solicitor General
Texas Bar No. 24103325

JOHN S. LANGLEY
Assistant Attorney General
Administrative Law
Texas Bar No. 11919250

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorneys for Defendant Ken Paxton

/s/ Christopher D. Hilton
CHRISTOPHER D. HILTON
Texas Bar No. 24087727

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorney for Defendants Faith Johnson,
Sharen Wilson, and Abelino Reyna

## CERTIFICATE OF SERVICE

I certify that on November 22, 2017, this document was served through the Court's CM/ECF Document Filing System or through electronic mail, upon the following counsel of record:

Patrick J. O'Connell
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
(512) 222-0444
pat@pjofca.com

Janet Crepps
Molly Duane
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
(864) 962-8519
(917) 637-3631
jcrepps@reprorights.org
mduane@reprorights.org

J. Alexander Lawrence
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 336-8638
alawrence@mofo.com

Melissa Cohen
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
(212) 261-4649
melissa.cohen@ppfa.org

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Assistant Attorney General