

**FILED**
2018 FEB 21  AM 9:28

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**JEANNETTE J. CLACK**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
501 West 5th Street, Ste. 1100
Austin, TX 78701

**PHILIP J. DEVLIN**
**CHIEF DEPUTY**

February 21, 2018

**Adam Arthur Biggs**
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

        RE:    USDC#: 1:17-cv-690-LY
                  USCA#: 17-51060
                  Whole Women's Health, et al vs. Ken Paxton, et al

Dear Attorney:

In connection with this appeal, the following documents are transmitted to you for the preparation of your appellate brief.

   **X**    SEALED RECORD ON APPEAL: 1 CD containing the SEALED Record on Appeal

If you have any questions, feel free to contact me at (512) 916-5896 ext. 8713.

Sincerely,

Laura R. Thomson, Deputy Clerk
Enc.



**JEANNETTE J. CLACK**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
501 West 5th Street, Ste. 1100
Austin, TX 78701

FILED
2018 FEB 21  AM 9: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____CJ_____
                DEPUTY

**PHILIP J. DEVLIN**
**CHIEF DEPUTY**

February 21, 2018

## Attorney Acknowledgment Receipt

RE:   USDC#: 1:17-cv-690-LY
      USCA#: 17-51060
      Whole Women's Health, et al vs. Ken Paxton, et al

I hereby acknowledge receipt of the above-referenced Sealed Appeal Record.

Heather G. Hacker
Name

209 W 14th St 7th floor
Austin TX
Address

512 936 2540
Telephone