

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

501 West 5th Street,
Suite 1100
Austin, Texas 78701
512-916-5896

Jeannette J. Clack, Clerk

March 16, 2018

**FILED**

MAR 1 6 2018

CLERK, U.S. DISTRICT COURi
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Jim Haley
Law Offices of Patrick J. O'Connell PLLC
2525 Wallingwood Dr., Building 14
Austin, TX 78746

RE:    USDC#: 1:17-cv-00690-LY
       USCA# 15-51060
       *Whole Woman's Health et al v. Paxton et al*

Dear Attorney:

In connection with this appeal, the following documents are transmitted to you as
requested pursuant to the March 15, 2018 Order entered by the Fifth Circuit.

____X____    SEALED RECORD ON APPEAL: 1 CD containing the Electronic Record on Appeal

Please note that requests for access to SEALED documents must be made directly to
the Fifth Circuit in motion format for their consideration and determination.

If you have any questions, feel free to contact me at (512) 916-5896 ext. 8713.

Sincerely,

Laura R. Thomson, Deputy Clerk
Enc.



**JEANNETTE J. CLACK**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**501 West 5th Street, Ste. 1100**
**Austin, TX  78701**

FILED

2018 MAR 16  PM 3: 45

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
PHILIP J. DEVLIN
CHIEF DEPUTY

March 16, 2018

## Attorney Acknowledgment Receipt

RE:          USDC#: 1:17-cv-690-LY
             USCA#: 17-51060
             Whole Women's Health, et al vs. Ken Paxton, et al

I hereby acknowledge receipt of the above-referenced Sealed Appeal Record.

_____
Name

2525 Wallingwood, Bds. 14, Austin, TX   78746
Address

512-810-2142
Telephone