# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 21, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 17-51060   Whole Woman's Health, et al v. Ken Paxton, et al
USDC No. 1:17-CV-690

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Ms. Emily Ardolino
Mr. Adam Arthur Biggs
Ms. Jeannette Clack
Ms. Melissa Ann Cohen
Ms. Janet Crepps
Mrs. Molly Rose Duane
Ms. Heather Gebelin Hacker
Mr. Christopher D. Hilton
Mr. Lawrence John Joseph
Ms. Jennifer Keighley
Mr. Scott A. Keller
Mr. Joseph Alexander Lawrence
Ms. Summer Rayne Lee
Ms. Elizabeth Baker Murrill
Mr. Patrick J. O'Connell
Mr. Andrew Bowman Stephens
Mr. Herbert W. Titus

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 17-51060

_____

WHOLE WOMAN'S HEALTH, On Behalf of Itself, Its Staff, Physicians and Patients; PLANNED PARENTHOOD CENTER FOR CHOICE, On Behalf of Itself, Its Staff, Physicians, and Patients; PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, On Behalf of Itself, Its Staff, Physicians, and Patients; PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, On Behalf of Itself, Its Staff, Physicians, and Patients; ALAMO CITY SURGERY CENTER, P.L.L.C., On Behalf of Itself, Its Staff, Physicians, and Patients, doing business as Alamo Women's Reproductive Services; SOUTHWESTERN WOMEN'S SURGERY CENTER, On Behalf of Itself, Its Staff, Physicians, and Patients; NOVA HEALTH SYSTEMS, INCORPORATED, On Behalf of Itself, Its Staff, Physicians, and Patients, doing business as Reproductive Services; CURTIS BOYD, M.D., On His Own Behalf and On Behalf of His Patients; JANE DOE, M.D., M.A.S., On Her Own Behalf and On Behalf of Her Patients; BHAVIK KUMAR, M.D., M.P.H., On His Own Behalf and On Behalf of His Patients; ALAN BRAID, , M.D., On His Own Behalf and On Behalf of His Patients; ROBIN WALLACE, M.D., M.A.S., On Her Own Behalf and On Behalf of Her Patients,

   Plaintiffs - Appellees

v.

KEN PAXTON, Attorney General of Texas, In His Official Capacity; FAITH JOHNSON, District Attorney for Dallas County, In Her Official Capacity; SHAREN WILSON, Criminal District Attorney for Tarrant County, In Her Official Capacity; ABELINO REYNA, Criminal District Attorney for McLennan County, In His Official Capacity,

   Defendants - Appellants

_____

Appeal from the United States District Court
for the Western District of Texas

_____

O R D E R :

IT IS ORDERED that appellant's motion to unseal the portions of the record at ROA.5535 through ROA.7046 is GRANTED except for ROA 5653, 5679, 5702, 5725, 5752-53, 5777, 5799, 6043-57, and 6061-75, *i.e.* those documents identified at p. 6 of Appellees' Response in Opposition to the motion, which identify physicians who perform second-trimester abortions.

I DENY Appellees' alternate request for a stay of this order pending any motion for reconsideration.

_____/s/Edith H. Jones_____
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE