## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-51060    Whole Woman's Health, et al v. Ken Paxton, et al
                        USDC No. 1:17-CV-690

The court has taken the following action in this case: on Appellant's motion, appeal dismissed as to John Creuzot.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

Ms. Alexis Casamassima
Ms. Jeannette Clack
Ms. Melissa Ann Cohen
Mrs. Molly Rose Duane
Ms. Elaine Goldenberg
Ms. Heather Gebelin Hacker
Mr. Kyle Douglas Hawkins
Mr. Christopher D. Hilton
Mr. Lawrence John Joseph
Mr. Joseph Alexander Lawrence
Ms. Janice Mac Avoy
Ms. Ester Murdukhayeva
Ms. Elizabeth Baker Murrill
Ms. Jane Baek O'Brien
Mr. Patrick J. O'Connell
Ms. Julie Rikelman
Mr. Stuart Sarnoff
Mr. Herbert W. Titus